AYABE, CHONG, NISHIMOTO,
  SIA & NAKAMURA, A Limited
  Liability Law Partnership

| | |
|---|---|
| JEFFREY H. K. SIA | 3029-0 |
| DIANE W. WONG | 2333-0 |
| DAVID A. GRUEBNER | 5799-0 |

1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
jeffrey.sia@hawadvocate.com
diane.wong@hawadvocate.com
david.gruebner@hawadvocate.com

Attorneys for Defendant
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>              Plaintiffs,<br><br>     vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK; UNKNOWN OWNER OF THE FIRST NOTE; UNKNOWN OWNER OF THE SECOND NOTE;<br><br>              Defendants.<br>_____ | CIVIL NO. CV 11-00714 JMS BMK<br><br>DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), FED. R. CIV. P.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY H. K. SIA; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>Date:<br>Time:<br>Judge:<br><br>No Trial Date Set |

[2010141JHKS/#525102]

DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), FED. R. CIV. P.

Defendant THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, by and through its attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, hereby moves this Court for an order dismissing Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. A copy of said Complaint is attached as Exhibit "A."

This motion is based on Rule 12(b)(6) of the Federal Rules of Civil Procedure, the declaration of counsel and exhibit attached hereto, and the records and file in this case.

DATED: Honolulu, Hawaii, December 22, 2011.

 /s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
DIANE W. WONG
DAVID A. GRUEBNER
Attorneys for Defendant
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK