cc: JMS

Donna Mae Amina, pro se
Melvin Keakaku Amina, pro se
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2012

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE, | Case No. CV 11cv714-JMS-BMK |
| Plaintiffs, | **DECLARATION** |
| vs. | |
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK; | |
| UNKNOWN OWNER OF THE FIRST NOTE; | |
| UNKNOWN OWNER OF THE SECOND NOTE; | |
| Defendants. | |

We, Melvin Keakaku Amina and Donna Mae Amina, declare:

The attached Exhibit A is a true copy of a letter received by us in March, 2011, from Larry Thode, Vice President of Chase Home Lending, in response to our Qualified Written Request. That letter states that "Your loan was sold into a public security managed by The Bank of New York and may include a number of investors." The Loan Pool given is: JPMAC 2006-WMC2.

1

We declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2012

/s/ _____
Melvin Amina, Plaintiff *pro se*
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

/s/ _____
Donna Amina, Plaintiff *pro se*
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid and/or by hand delivery in open court:

Defendants
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK
c/o Jeffrey H. K. Sia
c/o David A. Gruebner
c/o Diane W. Wong
Ayabe, Chong, Nishimoto, Sia & Nakamura, LLP
1003 Bishop Street, Suite 2500
Honolulu, HI 96813

Executed on: April 25, 2012    _____
(signed by person serving)

Chase (OH4-7302)
3415 Vision Drive
Columbus, OH 43219-6009

**CHASE**



March 02, 2011

00471-01 IF1A 061-000000000000
Donna Mae Amina
Melvin Kcakaku Amina
2304 Metcalf Street
Honolulu, HI 96822

Re: Account Number: ******7306
Donna Mae Amina and Melvin Kcakaku Amina

**Loan Investor**

Dear Donna Mae Amina and Melvin Kcakaku Amina:

I am writing in response to the inquiry Chase received about the loan referenced above.

Your loan was sold into a public security managed by The Bank of New York and may include a number of investors. As the servicer of your loan, Chase is authorized by the security to handle any related concerns on their behalf. The address of your investor is:

> 101 Barclay Street Flr 4W
> New York, NY 10286
> JPMAC 2006-WMC2
> Pei Yan Huang

We appreciate your business. If you have questions, please call us at the telephone number below.

Sincerely,

*Larry Thode*

Larry Thode
Vice President
Chase Home Lending
(800) 548-7912 Customer Care
(800) 582-0542 TDD / Text Telephone
www.chase.com

CC278