ORIGINAL

Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 09 2012
at １ o'clock and ⏀⏀ min. ＿M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;<br><br>Defendants. | Case No. 11-00714 JMS-BMK |

**PLAINTIFFS' OBJECTION TO [51] ORDER**

**GIVING TWO DAYS TO REPLY TO OPPOSITION**

Plaintiffs Donna Mae Amina and Melvin Keakaku Amina object to [51] NOTICE of Hearing on [50] Motion For Leave To File Second Amended Complaint set for 10/15/2012, filed and entered on 10/02/2012 ("Order").

The Order states that the "Opposition shall be filed on or before 10/9/2012; any Reply shall be filed on or before 10/11/2012."

OBJECTION TO [51] ORDER GIVING TWO DAYS TO REPLY

1

However, this gives only two (2) days for Plaintiffs to reply to the Opposition. This tight time frame is unprecedented.

Executed on: October 5, 2012

_____          _____
Donna Amina, Plaintiff Pro Se        Melvin Amina, Plaintiff Pro Se
2304 Metcalf Street                  2304 Metcalf Street
Honolulu, HI 96822                   Honolulu, HI 96822
(808) 941-0685                       (808) 941-0685

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid:

Defendants
MERSCORP, INC.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
CHASE HOME FINANCE LLC
CHASE HOME FINANCE, INC.
c/o Jeffrey H. K. Sia
c/o David A. Gruebner
c/o Diane W. Wong
Ayabe, Chong, Nishimoto, Sia & Nakamura, A Limited Liability Partnership
1003 Bishop Street, Suite 2500
Honolulu, HI 96813

Executed on: October 5, 2012   _____
                                      (signed by person mailing)

OBJECTION TO [51] ORDER GIVING TWO DAYS TO REPLY

2