# EXHIBIT "A"

JAN 1 6 2013

# POWERS & ASSOCIATES
## COURT REPORTERS

1003 Bishop Street • Suite 2650 • Honolulu, Hawaii 96813 • Phone (808) 536-2001 • Fax 533-7132

January 16, 2013

TO:
David Gruebner, Esq
Ayabe Chong Nishimoto Sia & Nakamura
1003 Bishop Street, Suite 2500
Honolulu, Hawaii 96813

Re: Amina V The Bank of New York
Civil No.: CV 11-00714 JMS BMK

Dear David Gruebner,

Enclosed you will find a copy of the correction page(s) and signature sheet(s) for the deposition(s) of Donna Mae and Melvin Amina, taken on November 23, 2012. Please file same into your copy of said transcript.

The original correction page and signature sheet has been filed into the original transcript that is being returned to your office for future filing.

Very truly,

POWERS & ASSOCIATES

Mary Kauhola
mk

cc: Melvin and Donna Mae Amina