# EXHIBIT "B"

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3     Amina v. Bank of New York Mellon
 4     Civil No. CV 11-00714 JMS BMK
 5     In Re:  Deposition of MELVIN KEAKAKU AMINA
 6     Date Taken:  November 23, 2012
 7     PAGE    LINE         CORRECTION              REASON
 8      15      24    ...my signature, but I can't be certain.    was omitted.
 9      16      22    ...to be, but I can't be certain.           was omitted.
10      20       9    ...close, but I'm not sure it's my          mumbled.
11      20      25    Well, I can't tell yet.                     mumbled.
12      31      15    Oh, I think so.                             mumbled.
13      31      18    Hope so.                                    mumbled.
14      31      23    Okay. Trying for a mortgage loan?           mumbled.
15      32      12    get a loan as you sit here today?           mumbled.
16
17
18
19
20
21     [signature]                          January 15, 2013
22        Signature of witness                    Date
23     Please be advised that the deponent signed the
24     deposition on  January 15, 2013   with the above-noted
25     corrections.
```

POWERS & ASSOCIATES    (808) 536-2001

1    I, MELVIN KEAKAKU AMINA, do hereby certify that I
2  have read the foregoing pages 1 through 35,
3  inclusive, and corrections, if any, were noted by me,
4  and the same is now a true and correct transcript of
5  my testimony.
6    Dated this __15__ day of __January__,
7  ~~xxxxxx~~ 2013.

[signature: Amina]

24  Deposition taken: November 23, 2012