# EXHIBIT "C"

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3     Amina v. Bank of New York Mellon
 4     Civil No. CV 11-00714 JMS BMK
 5     In Re: Deposition of DONNA MAE AMINA
 6     Date Taken: November 23, 2012
 7     PAGE    LINE         CORRECTION           REASON
 8      64     16      Oh, I am disputing that.   mumbled
 9     _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____
20     _____
21     [signature]                    January 15, 2013
22         Signature of witness            Date
23     Please be advised that the deponent signed the
24     deposition on  January 15, 2013  with the above-noted
25     corrections.
```

POWERS & ASSOCIATES  (808) 536-2001

66

1    I, DONNA MAE AMINA, do hereby certify that I have
2    read the foregoing pages 1 through 64, inclusive, and
3    corrections, if any, were noted by me, and the same
4    is now a true and correct transcript of my testimony.
5    Dated this ___15___ day of ___January___,
6    ~~xxxxx~~ 2013.

*[signature]*

24   Deposition taken: November 23, 2012
25

POWERS & ASSOCIATES   (808) 536-2001