IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2,<br><br>  Defendants.<br>_____ | CIVIL NO. CV 11-00714 JMS BMK<br><br>CERTIFICATE OF SERVICE |

[2010141/#583160]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served upon the following parties, either directly or through their attorneys as may be applicable, either by electronic court filing (ECF), hand delivery (HD) or by mailing said copy, postage prepaid, first class, in a United States post office at Honolulu, Hawaii (M), in the manner indicated below and on the date set forth below.

To:    DONNA MAE AMINA    (M)
MELVIN KEAKAKU AMINA
2304 Metcalf Street 2
Honolulu, Hawaii 96822

Plaintiffs *pro se*

DATED: Honolulu, Hawaii, February 19, 2013.

    /s/ Jeffrey H.K. Sia
JEFFREY H. K. SIA
DIANE W. WONG
DAVID A. GRUEBNER
Attorneys for Defendants
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST
2006-WMC2, ASSET BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2006-WMC2