Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 04 2013

at __9__ o'clock and __47__ min. __A__ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2,<br><br>Defendants. | Case No. CV 10-00714 JMS BMK |

**PLAINTIFFS' VERIFIED MOTION FOR LEAVE TO FILE OUT OF TIME REPLY TO [78] DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2'S MEMORANDUM IN OPPOSITION TO [#76] PLAINTIFFS' VERIFIED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO [#67] BANK OF NEW YORK MELLON AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

**Certification**

1

PLAINTIFFS' VERIFIED MOTION TO FILE OUT OF TIME REPLY TO [78]

We, the undersigned Plaintiffs, certify that we have conferred or attempted to confer with Mr. Jeffrey K. Sia, counsel for the Defendants with the following results:

(__) Will oppose        (__) Will not oppose        (__) Did not return calls

Did phone Mr. Sia this morning. His response was inconclusive. He felt that the court had already ruled on Plaintiffs' Motion for More Time, but did not state whether he would oppose or not.

## Motion

Plaintiffs move to file out of time a reply to [78] DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2's MEMORANDUM IN OPPOSITION TO [#76] PLAINTIFFS' VERIFIED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO [#67] BANK OF NEW YORK MELLON AND U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT ("Opposition").

Our reply was due eleven days after the 2/19/2013 filing of [78] Opposition, or March 2, 2010. LR 7.4. Plaintiffs request leave to file a brief one business day out of time, on Monday, 3/4/2013.

Plaintiffs have been busy working on their Response to Motion for Summary Judgment, which was due February 28, 2013, one day before this Reply was due. Plaintiffs have also been occupied with the press of other business.

This motion is made in good faith for good cause and not for any dilatory purpose.

///

///

We declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3 / 4 /2013

_____   _____
Donna Amina, Plaintiff *pro se*         Melvin Amina, Plaintiff *pro se*
2304 Metcalf Street                             2304 Metcalf Street
Honolulu, HI  96822                           Honolulu, HI  96822

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid and/or hand delivery in open court:

Defendants
THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
c/o JEFFREY H. K. SIA
c/o DIANE W. WONG
c/o DAVID A. GRUEBNER
**Ayabe Chong Nishimoto Sia & Nakamura LLLP**
Pauahi Tower
1003 Bishop St., Ste 2500
Honolulu, HI   96813-4216

Executed on:   3 / 4 / 2013      _____
                                                        (signed by person mailing)

3

PLAINTIFFS' VERIFIED MOTION TO FILE OUT OF TIME REPLY TO [78]