AYABE, CHONG, NISHIMOTO,
  SIA & NAKAMURA, A Limited
  Liability Law Partnership

JEFFREY H. K. SIA          3029-0
DIANE W. WONG              2333-0
DAVID A. GRUEBNER          5799-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone No.:  (808) 537-6119
jeffrey.sia@hawadvocate.com
diane.wong@hawadvocate.com
david.gruebner@hawadvocate.com

Attorneys for Defendants
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST
2006-WMC2, ASSET BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2006-WMC2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>            Plaintiffs,<br><br>      vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN | CIVIL NO. CV 11-00714 JMS BMK<br><br>CERTIFICATE OF SERVICE [RE:  DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK WRITTEN RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE BANK OF NEY YORK MELLON, FKA THE BANK OF NEW YORK] |

| | |
|---|---|
| MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2, | ) ) ) ) ) |
| Defendants. | ) ) ) |

[2010141JHKS/#589952]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an original and one (1) copy of DEFENDANT THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK WRITTEN RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE BANK OF NEY YORK MELLON, FKA THE BANK OF NEW YORK, were duly served upon the following at the address indicated by means of U.S. Mail, postage prepaid, on July 2, 2013:

To:  DONNA MAE AMINA and
     MELVIN KEAKAKU AMINA
     2304 Metcalf Street 2
     Honolulu, Hawaii  96822
         Plaintiffs *pro se*

/
/
/
/
/
/
/
/
/
/

DATED: Honolulu, Hawaii, July 2, 2013.

/s/ Jeffrey H. K. Sia
JEFFREY H. K. SIA
DIANE W. WONG
DAVID A. GRUEBNER
Attorneys for Defendants
THE BANK OF NEW YORK MELLON,
FKA THE BANK OF NEW YORK and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST
2006-WMC2, ASSET BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2006-WMC2