IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br>       Plaintiffs,<br>vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2,<br>       Defendants. | Case No. CV 11-00714 JMS BMK<br><br>**DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

I, Amber Alegria, hereby declare that:

1.    I am Assistant Secretary for JPMorgan Chase Bank, N.A., ("JPMorgan Chase"). JPMorgan Chase is the servicer and attorney in fact for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2. A true and correct copy of the Limited Power of Attorney is attached hereto as Exhibit "A". *See* page 13 of 22 for the Trust at issue in this action.

2. I have personal knowledge of the facts contained in this declaration by virtue of my position at JPMorgan Chase, and my familiarity with the company's practices and procedures, and based upon my review and analysis of the relevant business records and other documents maintained by JPMorgan Chase referenced herein. More particularly, I am familiar with the systems of record that JPMorgan Chase uses to create and record information related to the residential mortgage loans that they service or serviced. The records contained in those systems were made at or near the time of the occurrence of the matters set forth in the records. These records were maintained in the regular course of JPMorgan Chase's business as a loan servicer, and continue to be maintained by JPMorgan Chase. It was and is the regular practice of JPMorgan Chase to make such records, and JPMorgan Chase relies on these records in the ordinary course of its business.

3. I am competent to testify about the matters contained in this Declaration.

4. I have reviewed the loan files and records of JPMorgan Chase, kept in the ordinary course of business, relating to the loan dated on or about February 24, 2006 made by WMC Mortgage Corp., as Lender, to Donna Mae Amina and Melvin Keakaku Amina, as Borrowers, in the principal amount of $880,000 ("Note"), secured by a mortgage on real property located at 2304 Metcalf Street 2, Honolulu HI 96822 (the "Property"), which was recorded in the State of

Hawaii, Bureau of Conveyances ("Bureau") as Document No. 2006-042511 ("Mortgage," together with the Note, the "Loan"). A certified copy of the Mortgage is attached hereto as Exhibit "B". A true and correct copy of the Note is attached hereto as Exhibit "C". JPMorgan Chase has possession of the Note and the Note is endorsed in blank.

       5.      Around June, 2006, the Loan was transferred to the J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2 trust, pursuant to the Pooling and Servicing Agreement, dated as of June 1, 2006 among J.P. Morgan Acceptance Corporation I, as Depositor, J.P. Morgan Mortgage Acquisition Corp., as Seller, J.P. Morgan Chase Bank, National Association, as Servicer, U.S. Bank National Association, as Trustee, Pentalpha Surveillance LLC, as Trust Oversight Manager, and J.P. Morgan Chase Bank, National Association, as Securities Administrator ("PSA"). A true and correct copy of the PSA is attached hereto as Exhibit "D".

       6.      The Loan is listed in the related Mortgage Loan Schedule for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2 as Loan ID ****1019. The same Loan ID ****1019 appears in the upper left corner of the Note and Mortgage. A true and correct copy of a redacted Mortgage Loan Schedule is attached hereto as Exhibit "E".

      7.     An Assignment of Mortgage from Mortgage Electronic Registration Systems, Inc. as nominee for WMC Mortgage Corp., its successors and assigns, to U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2 was recorded in the Bureau as Document No. A-44770919 ("AOM to U.S. Bank"). A certified copy of the AOM to U.S. Bank is attached hereto as Exhibit "F".

      8.     A Release of Mortgage by Mortgage Electronic Registration Systems, Inc. as nominee for WMC Mortgage Corp., its Successors and Assigns, discharging the mortgage executed by Donna Mae Amina and Melvin Keakaku Amina, dated February 24, 2006 and recorded in the Bureau as Document No. 2006-042512, was recorded in the Bureau as Document No. A-53010835 on July 7, 2014 ("Release of Second Mortgage"). A certified copy of the Release of Second Mortgage is attached hereto as Exhibit "P".

// //

// //

// //

// //

// //

// //

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbus, Ohio on 8/29/2014.

*Amber Alegria* (signature)
Amber Alegria
Assistant Secretary
JPMorgan Chase Bank, N.A., as attorney in fact for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2