Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2.<br><br>Defendants. | Case No. 11-00714 JMS-BMK<br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: None<br>Judge: Hon. J. Michael Seabright |

DECLARATION OF DONNA AMINA AND MELVIN KEAKAKU AMINA IN OPPOSITION TO [141] DEFENDANTS THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2'S MOTION FOR SUMMARY JUDGMENT

We, Donna Amina and Melvin Keakaku Amina, hereby declare that:

DECLARATION IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

1

1. We make this Declaration of our own personal knowledge and we are competent to do so.

2. WMC Mortgage Corp. did not exist on 3/22/2012. We certify that the attached Exhibit A is a true copy of a printout from the Hawaii Secretary of State's webpage, found at https://hbe.eHawaii.gov/documents/business.html?fileNumber=5810F1&view=transactions

3. MERS' registration to do business expired on January 3, 2010. We certify that the attached Exhibit B is a true copy of a printout from the Hawaii Secretary of State's webpage, found at https://hbe.eHawaii.gov/documents/trade.html?fileNumber=317721ZZ&certificate=4029135

4. WMC MORTGAGE, LLC has never been registered to do business in Hawaii. We certify that the attached Exhibit C is a true copy of a printout from the Hawaii Secretary of State's webpage, found at https://hbe.eHawaii.gov/documents/search.html?recordType=ALL&entityType=ALL&status=ALL&beginsWith=true&query=WMC+MORTGAGE+LLC

5. The signers of the Assignment, LeShonda Anderson and Tina Richard, were Signing Officers for JP Morgan Chase Bank NA as of December 9, 2011. We certify that the attached Exhibit A is a true copy of pages 6 and 7 of Assignment of Deed of Trust recorded on 02-28-2012 at Book 3046, Pages 1070-3046 in the official records of Forsyth Co, NC as Instrument No. 2012008582, found at http://forsythdeeds.com/view_image.php?file=/img/nc/forsyth/re/003046/001070.tif&type=pdf

6. Tina Richard signed another Assignment as Vice President of MERS as nominee for Residential Mortgage Services on 3/22/2012, the exact same date as the instant Assignment. We certify that the attached Exhibit E is a true copy of Book 2012, Page 005176, found at http://www.pottco.org/deed_pdf/2012/5/1/7/2012-5176.pdf

7. A few days later, on 3/31/2012, Tina Richard signed another assignment as Vice President of MERS as nominee for DeSoto Home Mortgage LLC. We certify that the attached Exhibit F is a true copy of Book 3,425 Page 477, found at http://deeds.desotocountyms.gov/T/T03425-00477.pdf

DECLARATION IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT

2

8. The address "700 Kansas Lane, MC 8000, MONROE, LA" (the address of US Bank in the Assignment) is the address of JPMorgan Chase Bank, N.A. We certify that the attached Exhibit G is a true copy of Book 2014 ,Page 84993, found at http://salinerecords.org/GetPDF?id=BqjSyRMlLzM78t9DK2eovA==

9. WMC MORTGAGE, LLC is not a member of MERS. We certify that the attached Exhibit H is a true copy of a printout from the MERS webpage https://www.mersonline.org/mers/mbrsearch/validatembrsearch.jsp

10. On April 23, 2013 we searched the records in the Bureau of Conveyances in Honolulu, and the Assignment referred to by Defendants was not found.

11. The Assignment was not disclosed in the [97] Rule 26 Initial Disclosures by both Defendants. The [142-4] Exhibit F was not disclosed or produced to us during the discovery period.

12. Page 23 of the PSA ([142-2] Exhibit "D", PageID #1195, USB02026) defines "Mortgage Loan Schedule" to "set forth the following information with respect to each Mortgage Loan:
    (i) the Mortgagor's name and the Originator's Mortgage Loan identifying number;
    (ii) the street address of the Mortgaged Property including the state and zip code;"

Defendant's Exhibit "E" contains neither of these things.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 8, 2014

_____
Donna Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

_____
Melvin Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

3

DECLARATION IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT