ORIGINAL

Donna Mae Amina
Melvin Keakaku Amina
2304 Metcalf Street 2
Honolulu, HI 96822
(808) 941-0685

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2015

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA AND DONNA MAE AMINA, HUSBAND AND WIFE,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2.<br><br>　　　　Defendants. | Case No. 11-00714 JMS-BMK<br><br>AMENDED<br>NOTICE OF APPEAL |

1. Amended Notice of Appeal is hereby given that Plaintiffs in the above named action appeal to the United States Court of Appeals for the Ninth Circuit from the following:

a. [12] Order denying [9] Plaintiffs' Motion to Consolidate Cases with 10-00165-JMS-KSC

   entered on 01/20/2012

b. [28] Order Granting [6] Defendant BNY's Motion to Dismiss (without prejudice)

   entered on 04/25/2012

c. [30] Order - Written Order Following [28] Oral Order on [6] BNY's Motion to Dismiss

   entered on 04/26/2012

d. [36] Order (1) Striking [34] Plaintiffs' "Verified Amended Complaint" And [33] Motion for Leave to Amend Complaint; And (2) Granting Leave to Amend to File Amended Complaint ( "...Plaintiffs may not file an Amended Complaint asserting claims against any defendant other than BONYM or including claims not permitted in the April 26, 2012 Order.")

   entered on 05/21/2012

e. [51] ORDER Giving Two Days to Reply to Opposition

   entered on 10/02/2012

f. [Unnumbered] failure to rule on [53] Plaintiffs' Objection to [51] Order Giving Two Days to Reply to Opposition

AMENDED NOTICE OF APPEAL

entered on 10/10/2012

g. [56] Order granting [50] Motion For Leave To File Second Amended Complaint

entered on 10/17/2012

h. [87] Order denying [85] Plaintiffs' Verified Motion for Leave to File Out of Time Reply

entered on 03/04/2013

i. [113] Order Granting Withdrawal and Substitution of Counsel

entered on 01/21/2014

j. [115] Order denying [116] Plaintiffs' Objections to [113] Order approving Defendant's Withdrawal and Substitution of Counsel

entered on 01/31/2014

k. [118] Minute Order setting Dispositive Motions Deadline for 6/20/2014

entered on 02/20/2014

l. [120] Order Overruling [119] Plaintiffs' Verified Objection to [118] Minutes Order.

entered on 02/27/2014

m. [149] Order denying [139] Plaintiffs' Motion to Reopen Discovery and Third Motion for Extension of Dispositive Motion Deadline

AMENDED NOTICE OF APPEAL

    entered on 11/07/2014

  n. [154] Order Overruling [153] Plaintiffs' Objection to [149] Order on Motion to Reopen Discovery and Third Motion for Extension of Dispositive Motion Deadline

    entered on 12/05/2014

  o. [164] Order Granting [140] Defendants' Motion for Summary Judgment

    entered on 01/07/2015

  p. [165] Order Deeming Moot [160] Plaintiffs' Motion for Leave to File in light of [164] Order Granting [140] Defendants' Motion for Summary Judgment

    entered on 01/07/2015

  q. [166] Clerk's Judgment in favor of Defendants re [164] Order

    entered on 01/07/2015

2. Attached is a full, true and correct copy of each document Order or Judgment being appealed.

3. This Amended Notice of Appeal is timely filed within 30 days of the Judgment entered on 1/7/15.

4. Appellants designate the record in its entirety.

AMENDED NOTICE OF APPEAL

5. The parties to the Judgment and Orders appealed from and the names and addresses of their respective attorneys are as follows:

Appellants:

    Melvin Amina, Plaintiff Pro Se
    Donna Amina, Plaintiff Pro Se
    2304 Metcalf Street
    Honolulu, HI 96822
    (808) 941-0685

Respondents:

    THE BANK OF NEW YORK MELLON,
    FKA THE BANK OF NEW YORK
    c/o Jade Lynne Ching
    c/o Melissa M. Uhl
    **Alston Hunt Floyd & Ing**
    1001 Bishop Street, 18th Floor
    Honolulu, HI 96813
    jlc@ahfi.com
    muhl@ahfi.com
    (808) 524-1800

and,

    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P.
    MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET
    BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
    c/o Jade Lynne Ching
    c/o Melissa M. Uhl
    **Alston Hunt Floyd & Ing**
    1001 Bishop Street, 18th Floor
    Honolulu, HI 96813
    jlc@ahfi.com
    muhl@ahfi.com
    (808) 524-1800

AMENDED NOTICE OF APPEAL

Executed on: January 22, 2015

_____
Donna Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

_____
Melvin Amina, Plaintiff Pro Se
2304 Metcalf Street
Honolulu, HI 96822
(808) 941-0685

AMENDED NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

On the date last written below, I served a true copy of the foregoing document upon the following parties in this action by First Class U. S. mail postage prepaid:

Defendants
THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK;
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2
c/o Jade Lynne Ching
c/o Melissa M. Uhl
**Alston Hunt Floyd & Ing**
1001 Bishop Street, 18th Floor
Honolulu, HI  96813


Executed on: January 22, 2015      _____
                                               (signed by person mailing)

AMENDED NOTICE OF APPEAL